AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia ☑

U.S. MARSHAL-DC PM3:12
RECEIVED NOV 1 '23

| United States of America | ) |
| v. | ) Case No. 1:23-cr-377 |
| RONALD LAMONT JENKINS | ) Assign to: Judge Randolph D. Moss |
|  | ) Date: 10/31/2023 |
|  | ) Description: INDICTMENT (B) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Ronald Lamont Jenkins,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Bank Robbery, in violation of 18 U.S.C. 2113(a)

Date: 10/31/2023

2023.10.31
15:50:27 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/02/2023, and the person was arrested on *(date)* 11/14/2023
at *(city and state)* Upper Marlboro, Maryland.

Date: 11/14/2023

*Arresting officer's signature*

Jacqueline A. Lindsey, Special Agent
*Printed name and title*